Case 4:16-mj-07497 BPV  Document 1  Filed 11/14/16  Page 1 of 3

# United States District Court

**DISTRICT of ARIZONA**

United States of America
v.
**Stephen Murray**; DOB: 1960; United States Citizen
**Manuel Montes-Manrique**; DOB: 1987; Mexican Citizen
**Jorge Humberto Machado-Carillo**; DOB: 1985; Mexican Citizen

DOCKET NO.

MAGISTRATE'S CASE NO.
**16-07497MJ**

Complaint for violation of Title 21, United States Code, Sections 846 and 844(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1:</u>  Beginning at a time unknown, and continuing to on or about March 14, 2016, at or near Douglas, in the District of Arizona, **Stephen Murray, Manuel Montes-Manrique,** and **Jorge Humberto Machado-Carillo** did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).
    All in violation of Title 21, United States Code, Section 846.

<u>Count 2:</u>  On or about March 14, 2016, at or near Douglas, in the District of Arizona, **Stephen Murray, Manuel Montes-Manrique,** and **Jorge Humberto Machado-Carillo** did each knowingly and intentionally possess approximately 22.81 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 844(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On November 10, 2016, an agent was conducting surveillance duties in an unmarked service vehicle near Bisbee, Arizona. The agent noticed a maroon Mitsubishi Sport Utility Vehicle (SUV) parked at the Burger King on the corner of Naco Highway and State Route 92. The agent was able to identify the license plate of the vehicle. After conducting vehicle registration checks, via Tucson Sector Radio Communications, it was revealed the vehicle was registered to Stephen Murray with a listed address in Phoenix, Arizona. The agent noticed the front seat passenger, later identified as Stephen MURRAY, exit the vehicle and the driver also exit the vehicle. The other subject was then seen enter the front passenger seat and MURRAY now enter the driver's seat.

The vehicle was then seen traveling south on Naco Highway towards Naco, AZ. The agent requested that cameras search for the vehicle and attempt to maintain visual as the agent suspected the occupants might be involved in alien and/or narcotics smuggling.

Agents operating cameras observed the maroon Mitsubishi SUV traveling on Purdy Lane, which is approximately one mile north of the U.S./Mexico International Border. This area is known by agents as being frequently used as a pick-up location for both illegal aliens and narcotics. The camera operator observed two subjects carrying bundles of suspected narcotics walking towards Purdy Lane near a culvert. The camera operator observed the SUV stop at the culvert and the subjects came out of the brush and placed the bundles into the SUV. The subjects then entered the vehicle. This information was relayed to agents via service radio.
CONTINUED ON REVERSE

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

**DETENTION REQUESTED**
   Being duly sworn, I declare that the foregoing is
   true and correct to the best of my knowledge.
HHB/rcw
AUTHORIZED AUSA Heather H. Sechrist

Sworn to before me and subscribed in my presence

**SIGNATURE OF COMPLAINANT (official title)**

[signature]

**OFFICIAL TITLE**
Border Patrol Agent

**SIGNATURE OF MAGISTRATE JUDGE[1]**
Jacqueline M. Rateau

**DATE**
November 14, 2016

1) See Federal rules of Criminal Procedure Rules 3 and 54

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED

Responding agents positioned themselves on Naco Highway waiting for the vehicle to approach their location. The agents observed the vehicle and proceeded to follow it. The vehicle turned west onto a street and then parked in the brush. Agents activated their emergency equipment and approached the vehicle with their badges clearly displayed.

As the agent approached the vehicle one subject was seen exiting the vehicle and began to flee. As the agent approached the vehicle, they encountered a subject wearing camouflage drinking water from a dirt covered water bottle. Next to the subject was a large burlap wrapped bundle of suspected marijuana. The subject, later identified as Jorge Humberto MACHADO-Carrillo, was determined to being in the country illegally and was placed under arrest. Stephen MURRARY and another subject were then placed under arrest. The subject, later identified as Manuel MONTES-Manrique, that fled the scene was apprehended a short time later. MONTES-Manrique was determined to being in the country illegally. All subjects and bundles of suspected marijuana were transported to the station for further processing.

A representative sample of the bundles tested positive for the characteristics of marijuana. The total weight of the marijuana was 45.63 kilograms.

After waiving his *Miranda* rights, MURRAY stated that he was told of a way to make easy money a few weeks prior. MURRAY stated that he was told that he could make easy money by picking up illegal aliens in Bisbee, Arizona. MURRAY stated that he agreed to do this because he and his wife needed the money. MURRAY stated that he was told he would receive $500 USD for the smuggling venture. MURRAY stated that he purchased a cell phone and waiting for instructions. MURRARY stated that they were instructed to go to a specific location where after driving for approximately two miles, three subjects approached the vehicle. MURRAY stated that all three of the subjects were carrying large bundles of what he believed to be drugs. MURRAY stated that one of the subjects entered the vehicle and that they returned to Sierra Vista. MURRAY stated that once in Sierra Vista he was instructed to park in a Buffalo Wild Wings parking lot. Once in the parking lot an unknown man exited a blue vehicle and took the vehicle that contained the subject and three bundles. MURRAY stated that he received a phone call that the vehicle was returned. MURRAY stated that once he re-entered the vehicle, he received another phone call and was told to drive back to a Burger King in Bisbee, Arizona. MURRAY stated that they traveled to a bar and met up with two other subjects. MURRAY stated that one of the subjects gave him around $500 USD for the narcotics that he has picked up earlier in the day. MURRAY stated that he was told to drive to Purdy Lane and they were supposed to pick up two more illegal aliens. MURRAY stated that after driving back and forth for some time, he saw two people on the road. MURRAY stated that the two subjects threw in two more large bundles into his vehicle. MURRAY stated that both of the subjects entered the vehicle as well. MURRAY stated that a short time later he was pulled over and knew he was in trouble.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED

Responding agents positioned themselves on Naco Highway waiting for the vehicle to approach their location. The agents observed the vehicle and proceeded to follow it. The vehicle turned west onto a street and then parked in the brush. Agents activated their emergency equipment and approached the vehicle with their badges clearly displayed.

As the agent approached the vehicle one subject was seen exiting the vehicle and began to flee. As the agent approached the vehicle, they encountered a subject wearing camouflage drinking water from a dirt covered water bottle. Next to the subject was a large burlap wrapped bundle of suspected marijuana. The subject, later identified as Jorge Humberto MACHADO-Carrillo, was determined to being in the country illegally and was placed under arrest. Stephen MURRARY and another subject were then placed under arrest. The subject, later identified as Manuel MONTES-Manrique, that fled the scene was apprehended a short time later. MONTES-Manrique was determined to being in the country illegally. All subjects and bundles of suspected marijuana were transported to the station for further processing.

A representative sample of the bundles tested positive for the characteristics of marijuana. The total weight of the marijuana was 45.63 kilograms.

After waiving his *Miranda* rights, MURRAY stated that he was told of a way to make easy money a few weeks prior. MURRAY stated that he was told that he could make easy money by picking up illegal aliens in Bisbee, Arizona. MURRAY stated that he agreed to do this because he and his wife needed the money. MURRAY stated that he was told he would receive $500 USD for the smuggling venture. MURRAY stated that he purchased a cell phone and waiting for instructions. MURRARY stated that they were instructed to go to a specific location where after driving for approximately two miles, three subjects approached the vehicle. MURRAY stated that all three of the subjects were carrying large bundles of what he believed to be drugs. MURRAY stated that one of the subjects entered the vehicle and that they returned to Sierra Vista. MURRAY stated that once in Sierra Vista he was instructed to park in a Buffalo Wild Wings parking lot. Once in the parking lot an unknown man exited a blue vehicle and took the vehicle that contained the subject and three bundles. MURRAY stated that he received a phone call that the vehicle was returned. MURRAY stated that once he re-entered the vehicle, he received another phone call and was told to drive back to a Burger King in Bisbee, Arizona. MURRAY stated that they traveled to a bar and met up with two other subjects. MURRAY stated that one of the subjects gave him around $500 USD for the narcotics that he has picked up earlier in the day. MURRAY stated that he was told to drive to Purdy Lane and they were supposed to pick up two more illegal aliens. MURRAY stated that after driving back and forth for some time, he saw two people on the road. MURRAY stated that the two subjects threw in two more large bundles into his vehicle. MURRAY stated that both of the subjects entered the vehicle as well. MURRAY stated that a short time later he was pulled over and knew he was in trouble.